IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Karen L. Henderson,                                    Case No. 3:07 CV 2455

                                     Plaintiff,        MEMORANDUM OPINION
                                                       AND ORDER

                  -vs-

                                                       JUDGE JACK ZOUHARY
Commissioner of Social Security,

                                     Defendant.

        The Court has reviewed the Report and Recommendation (Doc. No. 23) of the Magistrate

Judge filed June 13, 2008 in this matter. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

        Within ten days after being served with a copy, any party may serve and file written
        objections to such proposed findings and recommendations as provided by rules of
        court.  A judge of the court shall make a de novo determination of those portions of
        the report or specified proposed findings or recommendations to which objection is
        made.

        In this case, the ten-day period has elapsed and no objections have been filed.  The failure to

file written objections constitutes a waiver of a *de novo* determination by the district court of an issue

covered in the report.  *United States v. Sullivan*, 431 F.3d 976, 984 (6th 2005).

        The  Court adopts the Magistrate Judge's Report and Recommendation in its entirety.  The

Complaint (Doc. No. 1) is dismissed.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an

appeal from this decision could not be taken in good faith.

        IT IS SO ORDERED.

                                                  ___ s/ *Jack Zouhary* ____
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  July 9, 2008